IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rizon Lee, <br><br> Plaintiff <br><br> v. <br><br> The City of Chicago, <br><br> and Unknown Police Officers, <br><br><br> Defendants. | JURY DEMANDED |

## COMPLAINT

Plaintiff Rizon Lee, by counsel, SPEARMAN LAW, LLC, alleges as follows:

1. This is a civil action arising under 42 U.S.C. 1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343 and § 1367.

2. Plaintiff, Rizon Lee is a resident of the Northern District of Illinois.

3. At all times mentioned herein, defendants were police officers of the City of Chicago acting within the color of law and within the scope of their employment. Plaintiff sues each officer in his individual capacity. Plaintiff additionally asserts state law claims against both officers for battery.

4. Defendant City of Chicago is an Illinois municipal corporation with its principal office in Cook County, Illinois. Plaintiff asserts a state law claim against the City based on the doctrine of respondent superior for battery. Plaintiff also joins the City as the indemnitor of the individual officers on Plaintiff's federal claims.

5. On September 19, 2019 at approximately 11:43 p.m., Plaintiff was in a private parking lot of the Licking Restaurant, where he is employed. The restaurant is located at 5045 W. Madison Street, Chicago, IL.

6. Plaintiff was in the parking lot, along with five (5) other employees of the restaurant.

7. The Defendants entered the parking lot and started questioning the Plaintiff and the other employees.

8. Plaintiff informed the Defendant that he was on private property with the consent of the owner. Plaintiff further explained that he worked at the location. Plaintiff proceeded to walk inside the restaurant in order to avoid Defendants, who were hostile and confrontational.

9. The Defendants asked Plaintiff for identification. Plaintiff proceeded to obtain his identification, per the Defendants' request.

10. Upon doing so, the Defendants tasered Plaintiff without justification.

11. The Defendants' actions injured Plaintiff.

12. Plaintiff was transported to Loretta Hospital where he was treated for his injuries.

13. Plaintiff demands trial by jury.

WHEREFORE, Plaintiff requests that judgment be entered in his favor and against all defendants as compensatory damages, in an amount to be determined by the trier of fact, and additionally for an award of punitive damages in an amount to be determined by the trier of fact against defendants, and attorney's fees.

Respectfully Submitted,

Rizon Lee


By: /**s/ Kendra D. Spearman**

Kendra D. Spearman
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
312.788.2602
kendra@spearmanlaw.com